NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN H. PASCHAL,                    )
                                    )
              Appellant,            )
                                    )
v.                                  )       Case No.  2D17-4840
                                    )
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____ )

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

John H. Paschal, pro se.

PER CURIAM.


              Affirmed.


LaROSE, C.J., and SILBERMAN and CRENSHAW, JJ., Concur.